Judgment reversed and new trial ordered, with costs to abide event.

WILLIAM E. UPTEGROVE et al., Respondents, *v.* THE CENTRAL RAILROAD Co. of New Jersey, Appellant.

(City Court of New York — General Term, November, 1895.)

Where each side moves for a direction of a verdict in his favor, this constitutes a submission of the law and facts to the court for its determination.

APPEAL from judgment in favor of the plaintiffs, entered upon a verdict directed by the court.

*De Forest Brothers*, for appellant.

*M. P. O'Connor*, for respondent.

McCARTHY, J.   Both sides having moved for a direction of a verdict, left the question of law and fact to the trial justice to determine.

We have examined the facts very carefully and under *Park* v. *Preston*, 108 N. Y. 434, 437, think the judgment should be affirmed; and, so ordered, with costs.   See *Jennings* v. *Grand Trunk Railway of Canada*, 127 N. Y. 449.

FITZSIMONS, J., concurs.
Judgment affirmed, with costs.